IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

    v.                             CIV. NO. S-06-2054 DFL GGH

INDRU KRIPLANI AND PRAMILA KRIPLANI, each Individually and each as Trustees of THE KRIPLANI FAMILY TRUST, under provisions of a Trust Agreement, dated January 5, 1984; and DOES 1 through 10, inclusive,

    Defendants.
_____/     <u>RELATED CASE ORDER</u>

SCOTT N. JOHNSON,

    Plaintiff,

    v.                             CIV. NO. S-06-2055 LKK GGH

INDRU KRIPLANI AND PRAMILA KRIPLANI, each Individually and each as Trustees of THE KRIPLANI FAMILY TRUST, under provisions of a Trust Agreement, dated January 5, 1984; and DOES 1 through 10, inclusive,

    Defendants.
_____/

1   Examination of the above-entitled actions reveals that
2 these actions are related within the meaning of Local Rule 83-123
3 (E.D. Cal. 2005). Accordingly, the assignment of the matters to
4 the same judge and magistrate judge is likely to effect a
5 substantial savings of judicial effort and is also likely to be
6 convenient for the parties.
7   The parties should be aware that relating the cases under
8 Local Rule 83-123 merely has the result that these actions are
9 assigned to the same judge and magistrate judge; no consolidation
10 of the actions is effected.  Under the regular practice of this
11 court, related cases are generally assigned to the judge and
12 magistrate judge to whom the first filed action was assigned.
13   IT IS THEREFORE ORDERED that the action denominated CIV. NO.
14 S-06-2055 LKK GGH be reassigned to Judge David F. Levi and
15 Magistrate Gregory G. Hollows for all further proceedings, and
16 any dates currently set in this reassigned case only are hereby
17 VACATED.  The parties are referred to the attached Order
18 Requiring Joint Status Report.  Henceforth, the caption on
19 documents filed in the reassigned case shall be shown as CIV. NO.
20 S-06-2055 DFL GGH.
21 //
22 //
23 //
24 //
25 //
26 //

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.
5 DATED:  November 17, 2006

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge