KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendants
INDRU KRIPLANI and PRAMILA KRIPLANI,
individually and as Trustees of the KRIPLANI
FAMILY TRUST

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INDRU KRIPLANI AND PRAMILA KRIPLANI, EACH INDIVIDUALLY AND EACH AS TRUSTEES OF THE KRIPLANI FAMILY TRUST, UNDER PROVISIONS OF A TRUST AGREEMENT, DATED JANUARY 5 1984; AND DOES 1 THROUGH 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:06-CV-02054-RRB-GGH<br><br>**STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　Plaintiff, SCOTT N. JOHNSON ("Plaintiff") and Defendants, INDRU KRIPLANI and PRAMILA KRIPLANI, individually and as Trustees of the KRIPLANI FAMILY TRUST ("Defendants"), by and through counsel, hereby stipulate and request that the Court grant a continuance of the hearing on Defendants' Motion for Summary Judgment on the following good cause:

　　　　1.　Counsel for Defendants, Kathleen E. Finnerty, has pre-paid, international vacation plans scheduled for a period of time, including the May 7, 2008

PDF created with pdfFactory trial version www.pdffactory.com

hearing date. The current hearing date was scheduled inadvertently and by oversight during this time. Ms. Finnerty is the primary trial counsel on the matter. Because she will be unavailable from April 26, 2008 to May 13, 2008, good cause exists for rescheduling the hearing date until after her return.

2. May 21, 2008 is currently available for a hearing date.

3. The parties are not prejudiced by this request.

4. The other pre-trial and trial dates should not be affected by this request.

DATED: April 28, 2008        LAW OFFICES OF SCOTT N. JOHNSON


By:/s/ Scott N. Johnson
    SCOTT N. JOHNSON
    Attorney for Plaintiff


DATED: April 28, 2008        GREENBERG TAURIG, LLP


By: /s/ Kathleen E. Finnerty
    KATHLEEN E. FINNERTY
    Attorney for Defendants

## ORDER

A continuance of the hearing on Defendants' Motion for Summary Judgment from May 7, 2008 to May 21, 2008 at 9:00 a.m. is hereby GRANTED.

DATED: April 28, 2008        /s/ Ralph R. Beistline
                             The Honorable Ralph R. Beistline
                             Judge of the Superior Court

PDF created with pdfFactory trial version www.pdffactory.com